**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:　　　The Sussex Council of Co-Owners v. Anqi Wang

Appellate case number:　　01-22-00567-CV

Trial court case number:　2018-12044

Trial court:　　　　　　　164th District Court of Harris County

　　　　We strike appellant's motion for extension of time, filed January 25, 2023, because said motion fails to comply with the mandatory provisions of Texas Rule of Appellate Procedure 10.5(b)(1).  The Court will consider a motion for extension of time that complies with the rules. *See* TEX. R. APP. P. 10.5(b)(1).

　　　　It is so **ORDERED**.

Judge's signature: _____/s/ Terry Adams_____
　　　　　　　　　　☑ Acting individually　　☐ Acting for the Court

Date: ___January 31, 2023_____